

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| James Tidwell, | § | No. 08-17-00120-CV |
| Appellant, | § | Appeal from the |
| v. | § | 383rd District Court |
| Bianca Nicole Tidwell, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2014DCM0671) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **August 21, 2018.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Kristina Voorhies Legan, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before August 21, 2018.

IT IS SO ORDERED this 24th day of July, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.